**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
LUIS C. PAULINO,

                        Petitioner,                16 **CIVIL** 3839 (PKC) (BM)

        -against-                             **JUDGMENT**

THOMAS GRIFFIN

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 6, 2020, the R&R is adopted in its entirety; Paulino has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and so in forma pauperis status is denied; judgment is entered for the respondent, and the case is closed.

**DATED:** New York, New York
             April 8, 2020

                                                         **RUBY J. KRAJICK**
                                                          _____
                                                             **Clerk of Court**
                                **BY:**
                                                             _____
                                                             **Deputy Clerk**